THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER REYNOLDS, Appellant.

Submitted November 15, 1943; decided November 19, 1943.

*Samuel J. Foley,* District Attorney (*George Tilzer* of counsel), for motion to dismiss appeal.

*Peter Reynolds,* in person, for motion for leave to appeal.

Motion to dismiss appeal granted and appeal dismissed on the ground that no direct appeal to this court lies from the order appealed from.

Motion for permission to appeal under section 588 of the Civil Practice Act and for permission to file briefs in typewritten form, denied.